ANDREW C. SCHWARTZ
Certified Civil Trial Specialist/
National Board of Trial Advocacy

STAN CASPER
Certified Civil Trial Specialist/
National Board of Trial Advocacy

MICHAEL D. MEADOWS

LARRY E. COOK
THOM SEATON
MICHA STAR LIBERTY

LAW OFFICES OF
**CASPER, MEADOWS, SCHWARTZ & COOK**
A PROFESSIONAL CORPORATION
CALIFORNIA PLAZA
2121 NORTH CALIFORNIA BOULEVARD
SUITE 1020
WALNUT CREEK, CALIFORNIA 94596-7333

TEL:  (925) 947-1147

FAX:  (925) 947-1131

EMAIL:  INFO@CMSLAW.COM



November 16, 2005

Denise Thomas, Clerk
Magistrate Judge James Larson
U.S. District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    Oyarzo, et al. v. Alameda County Medical Center, et al.
             USDC No. C-04-04587 MJJ (JL)
             **Notice of Settlement Conference**

Dear Ms. Thomas:

This will confirm that the Court and all parties have agreed that the previously scheduled date of January 19, 2006 at 2:00 p.m. will be changed to January 27, 2006, at 2:00 p.m. for Settlement Conference.

As indicated, I have cleared this date with defense counsel. Thank you for your attention.

Very truly yours,

/s/

STAN CASPER

SC:slf