E-filing

G. PATRICK GALLOWAY, ESQ. (State Bar No. 49442)
MARC G. COWDEN, ESQ. (State Bar No. 169391)
GALLOWAY, LUCCHESE, EVERSON & PICCHI
A Professional Corporation
1676 North California Blvd., Suite 500
Walnut Creek, CA  94596-4183
Tel. No. (925) 930-9090
Fax No. (925) 930-9035
E-mail: mcowden@glattys.com

Attorneys for Defendants
ALAMEDA COUNTY MEDICAL CENTER, PAM BENTLEY, R.N. (sued herein as Pam Bentley), and WYNETTE ALLEN, R.N. (sued herein as Wynette Allen)

FILED
DEC 1 2 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD OYARZO, WILLIAM OYARZO and DENNIS OYARZO,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY MEDICAL CENTER; PAM BENTLEY, sued in her individual capacity, WYNETTE ALLEN, sued in her individual capacity, and DOES 100,<br><br>Defendants. | Case No.  C 04-04587 MJJ<br><br>The Honorable Martin J. Jenkins<br><br>**STIPULATION OF DISMISSAL OF WYNETTE ALLEN, R.N.** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that defendant Wynette Allen, R.N. (sued herein as Wynette Allen) is hereby dismissed from the above-captioned action with prejudice pursuant to FRCP 41(a)(1)(ii).

///
///
///
///
///
///

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA  94596
(925) 930-9090

1

C 04-04587 MJJ:  STIPULATION OF DISMISSAL OF WYNETTE ALLEN, R.N.

200-7417/MGC/262541

1  Each party will bear their own costs of suit.

2  Dated: 12/5/05

3                                       CASPER, MEADOWS & SCHWARTZ

6  By: _____
       STAN CASPER
       Attorneys for Plaintiffs
7      RICHARD OYARZO, WILLIAM OYARZO
       and DENNIS OYARZO

9  Dated: 11/30/05

10                                      GALLOWAY, LUCCHESE, EVERSON &
                                        PICCHI

12 By: _____
       MARC G. COWDEN
13     Attorneys for Defendants
       Alameda County Medical Center, Pam
14     Bentley, R.N., and Wynette Allen, R.N.

**IT IS SO ORDERED**

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

12/12/2005
DATE

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

2

C 04-04587 MJJ: STIPULATION OF DISMISSAL OF WYNETTE ALLEN, R.N.

200-7417/MGC/262541