Stan Casper (State Bar No. 56705)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD OYARZO; WILLIAM OYARZO; and DENNIS OYARZO; individually and on behalf of the ESTATE OF MARK OYARZO,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY MEDICAL CENTER; PAM BENTLEY, sued in her individual capacity, and DOES 100,<br><br>Defendants. | Case No. CV-04-04587 MJJ<br><br>STIPULATION AND [PROPOSED] ORDER RE: PRE-TRIAL STATEMENT<br><br>GRANTED |

It is hereby stipulated by and between the parties herein that the Pre-trial Statement will be due on February 7, 2006.

Dated: 1/27/06

_Marc G. Cowden_
GALLOWAY, LUCCHESE, EVERSON & PICCHI
Attorneys for Defendant ACMC

Dated: 1-27-06

_Stan Casper_
CASPER, MEADOWS, SCHWARTZ & COOK
Attorneys for Plaintiffs

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

Stipulation & Order re: Pretrial Statement

Page 1

IT IS SO ORDERED:

Dated: 1/30/2006

_____
Hon. Martin J. Jenkins
**U.S. DISTRICT COURT JUDGE**

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

Stipulation & Order re: Pretrial Statement

Page 2