**E-Filing**

**FILED**

FEB 2 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYARZO ET AL, | No. C04-04587 MJJ |
| Plaintiff, | **ORDER AMENDING SCHEDULING ORDER** |
| v. | |
| ALAMEDA COUNTY MEDICAL CENTER ET AL, | |
| Defendants. | |

Pending before the Court is Defendants' Motion for Summary Judgment. (Doc. No. 31). To enable the Court to adequately consider the parties' motion, and in the interest of judicial efficiency, the Court orders as follows:

The February 27, 2006 trial date is **VACATED,** as are the deadlines associated with the trial date contained in the pretrial scheduling order (Doc. No. 29, 2-3). The Court hereby **ORDERS** a status conference for **March 7, 2006 at 2:00 PM**, and will re-set the trial date and associated deadlines at this time.

**IT IS SO ORDERED.**

Dated: February 24, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California